United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14941-jkf
Jennifer L Brittingham                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Nov 15, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db             +Jennifer L Brittingham,    701 Carole Dr,    Aston, PA 19014-2403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
          JEANNE MARIE CELLA    on behalf of Debtor Jennifer L Brittingham paralegal@lawbsc.com,
           pennduke@gmail.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
           AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   MANUFACTURERS AND TRADERS TRUST COMPANY et al ...
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Jennifer L. Brittingham | CHAPTER 7 |
| _Debtor(s)_ | |
| MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB | NO. 17-14941 JKF |
| _Movant_ | |
| vs. | |
| Jennifer L. Brittingham | 11 U.S.C. Section 362 |
| _Debtor(s)_ | |
| Lynn E. Feldman Esq. | |
| _Trustee_ | |

## ORDER

AND NOW, this 13th day of November , 2017 at Philadelphia, upon failure of Debtor(s) and the

Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform

Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow MANUFACTURERS

AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO

HUDSON CITY SAVINGS BANK, FSB and its successor in title to proceed with the ejectment action

regarding the premises 701 Carole Drive aka 701 Carole Lane Aston, PA 19014.  Furthermore, further

bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof

will not prevent the Moving Party from proceeding with its ejectment action.  The stay provided by

Bankruptcy Rule 4001(a)(3) has been waived.

_United States Bankruptcy Judge._
Jean K. FitzSimon

cc: See attached service list

Jennifer L. Brittingham
701 Carole Drive
Aston, PA 19014

Jeanne Marie Cella, Esq.
215 North Olive Street
Suite 101
Media, PA 19063

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532