United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jennifer L Brittingham  
      Debtor

Case No. 17-14941-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Dec 08, 2017  
　　　　　　　　　　　　　Form ID: 318　　　　Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.
```
db           +Jennifer L Brittingham,    701 Carole Dr,    Aston, PA 19014-2403
13955467      U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QLEFELDMAN.COM Dec 09 2017 01:03:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
               221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg           E-mail/Text: bankruptcy@phila.gov Dec 09 2017 01:10:08       City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 09 2017 01:09:22
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 09 2017 01:10:01       U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13955462      E-mail/Text: ebn@americollect.com Dec 09 2017 01:09:51       Americollect Inc,
               1851 S Alverno Road,    Manitowoc, WI 54221
13955463     +EDI: TSYS2.COM Dec 09 2017 01:03:00      Barclays Bank Delaware,    Po Box 8803,
               Wilmington, DE 19899-8803
13955464     +EDI: DISCOVER.COM Dec 09 2017 01:03:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
13955465     +EDI: WFFC.COM Dec 09 2017 01:03:00      Homeprjvisa,    Po Box 94498,    Las Vegas, NV 89193-4498
13955890     +EDI: PRA.COM Dec 09 2017 01:03:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
13955466     +EDI: RMSC.COM Dec 09 2017 01:03:00      Syncb/care Credit,    950 Forrer Blvd,
               Kettering, OH 45420-1469
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:
```
              JEANNE MARIE CELLA    on behalf of Debtor Jennifer L Brittingham paralegal@lawbsc.com,
               pennduke@gmail.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
               AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY et al ...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jennifer L Brittingham** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–8467** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **17–14941–jkf** | | |

## Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jennifer L Brittingham

12/7/17                                                                                 **By the court:**   Jean K. FitzSimon
                                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**